

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-20-00308-CV

IN RE: THE COMMITMENT OF TERRY HORNBUCKLE

§ On Appeal from the 372nd District Court

§

of Tarrant County (D372-S-14054-18)

§

October 14, 2021

§

Memorandum Opinion by Chief Justice Sudderth

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By ___/s/ Bonnie Sudderth_____
Chief Justice Bonnie Sudderth